IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-378-WKW |
| | ) | [WO] |
| ANTWAN DANDRE GILES | ) | |

**ORDER**

Before the court is Defendant Antwan Dandre Giles's motion for compassionate release (Doc. # 54), in which Mr. Giles seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Government has responded in opposition (Doc. # 56) to which Mr. Giles filed a reply (Doc. # 57).

Mr. Giles was convicted based on his guilty plea to one count of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). As a result of his conviction, Mr. Giles was sentenced to 72 months' imprisonment. (Doc. # 46.) Mr. Giles's projected release date is December 31, 2023. *See* https://www.bop.gov/inmateloc/ (last visited Feb. 2, 2021).

Based upon a thorough review of the record, Mr. Giles has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). He also has not demonstrated that the medical staff at his designated federal correctional institution is unable to provide him adequate medical care for his health conditions. *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States*

*v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))). Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Giles's motion for compassionate release (Doc. # 54) is DENIED.

DONE this 3rd day of February, 2021.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE